# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK ALTIERI** *Plaintiff* | : : : | CIVIL ACTION NO. 17-4447 |
| v. | : : | |
| **CONCORDVILLE MOTOR CAR, INC.** *Defendant* | : : | |

## ORDER

**AND NOW**, this 14th day of February 2018, upon consideration of the *motion to dismiss* filed by Defendant Concordville Motor Car, Inc. ("Defendant"), [ECF 8], the response in opposition thereto filed by Plaintiff Frederick Altieri ("Plaintiff"), [ECF 9], Defendant's reply, [ECF 10], and the allegations contained in Plaintiff's amended complaint, [ECF 6], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion to dismiss is **GRANTED**, and all of the claims asserted against Defendant are **DISMISSED**. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*